# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TERRY L. NOBLE, | Civil No. 10-2021 (JRT/RLE) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| SCOTT P. FISCHER, | |
| Respondent. | |

Terry L. Noble, #26195-039, Post Office Box 1000, Sandstone, MN 55072, pro se petitioner.

Gregory Brooker, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson dated May 14, 2010. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 2], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the Petitioner's Petition for Habeas Corpus Relief under Title 28 U.S.C. §2241 [Docket No. 1] is summarily **DISMISSED** for lack of jurisdiction.

Dated: June 8, 2010            ___s/ John R. Tunheim___
at Minneapolis, Minnesota       JOHN R. TUNHEIM
                                                   United States District Judge